B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Virginia

In re Bessie Truzy                        ,            Case No. 14-61831

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Preston Ridge Ptrs Investments II Trust | Kondaur Capital Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  323 5th Street
  Eureka, CA 95501

Court Claim # (if known):   10
Amount of Claim:   $151,094.52
Date Claim Filed:   10/28/2014

Phone: 800-603-0836
Last Four Digits of Acct #:   8259

Phone: _____
Last Four Digits of Acct. #:   749

Name and Address where transferee payments should be sent (if different from above):
  PO BOX 602814
  Charlotte, NC 28260-2814

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                  Date: 12/30/14
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 12/31/2014, I served the within TRANSFER OF CLAIM on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Bessie Cassandra Truzys
596 Chopping Rd
Mineral, VA 23117

Larry L. Miller
Miller Law Group, P.C.
1160 Pepsi Place
Suite 341, Jordan Building
Charlottesville, VA 22901

Herbert L Beskin(82)
PO Box 2103
Charlottesville, VA 22902

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/31/2014 at Woodland Hills, California.

/s/ Tina Gaboyan

**Form 210B (12/09)**

# United States Bankruptcy Court

\_\_Western_____ District Of \_\_Virginia_____

In re Preston Ridge Ptrs Investments II Trust,    Case No. 14-61831

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 10 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Kondaur Capital Corporation

Name of Alleged Transferor

Preston Ridge Ptrs Investments II Trust

Name of Transferee

Address of Alleged Transferor:

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                    _____

**CLERK OF THE COURT**